IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW 3:09CR000110 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| CHESTER WILLIAMS. | ) | |

**O R D E R**

A motion having been duly brought before this Court for an order directing the Clerk of Court to accept pre-payment of the restitution in this matter and the Court having considered the same, the Court finds that the Clerk of Court will accept and deposit pre-payment restitution in this matter.

It is, therefore, ORDERED, ADJUDGED AND DECREED that:

1. Pre-judgment restitution payments will be accepted by the Clerk of Court in this case and the funds will be deposited by the Clerk into an interest-bearing account until further order of this Court.

2. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: August 11, 2010

Frank D. Whitney
United States District Judge