IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR000110 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| CHESTER WILLIAMS. ) | |

**ORDER**

Upon consideration of the United States' Motion requesting the U.S. District Clerk of Court to apply pre-judgment money received and deposited from Chester Williams toward payment of the restitution ordered in this case, (Doc. No. 21) and further upon the complete record of this matter to date,

IT IS HEREBY ORDERED that the U.S. District Clerk of Court apply the sum of $15,000.00 plus interest toward the restitution ordered in this matter.

IT IS SO ORDERED.

Signed: May 12, 2011

Frank D. Whitney
United States District Judge