IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. DNCW3:09CR110-FDW-DSC |
| v. | ) (Financial Litigation Unit) |
| | ) |
| CHESTER WILLIAMS. | ) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BRANCH BANKING & TRUST,
c/o CT CORPORATION SYSTEM:

A judgment was entered on January 5, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Chester Williams, whose last known address is XXXXXXXXXXXXX, Cornelius, North Carolina 28031, in the sum of $210,081.00. The balance on the account as of June 7, 2011, is $193,378.72.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property, and Branch Banking & Trust ("BB&T"), and its registered agent, CT Corporation System, is commanded to **turn over property** in which the Defendant, Chester Williams, has a substantial nonexempt interest, the said property being funds located in BB&T accounts including, but not limited to, any and all checking accounts, savings accounts, 401K accounts, pensions, annuities, deferred compensation accounts, profit-sharing plans, and individual retirement accounts (IRA) held in the name of Chester Williams, at the following address: BB&T, c/o its registered agent, CT Corporation System, 150 Fayetteville Street, P.O. Box 1011, Raleigh, North Carolina 27601, ATTN: Legal Department.

**SO ORDERED.**

Signed: June 7, 2011

David S. Cayer
United States Magistrate Judge