IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. DNCW3:09CR110-FDW-DSC |
| v. | ) (Financial Litigation Unit) |
| | ) |
| CHESTER WILLIAMS. | ) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and BANK OF NEW YORK MELLON:

A judgment was entered on January 5, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Chester Williams, whose last known address is XXXXXXXXXXXXX, Cornelius, North Carolina 28031, in the sum of $210,081.00. The balance on the account as of June 7, 2011, is $193,378.72.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property, and Bank of New York Mellon is commanded to **turn over property** in which the Defendant, Chester Williams, has a substantial nonexempt interest, the said property being funds located in Bank of New York Mellon financial accounts including, but not limited to, any and all accounts containing shares of Manulife Financial Corporation held in the name of Chester Williams at the following address: Bank of New York Mellon, P.O. Box 358015, Pittsburgh, Pennsylvania 15252, ATTN: Shareholder Relations.

**SO ORDERED.**

Signed: June 7, 2011

_____
David S. Cayer
United States Magistrate Judge