IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:09CR110-FDW-DSC

| | | |
|---|---|---|
| | UNITED STATES OF AMERICA | ) |
| | | ) |
| v. | | ) |
| | | ) |
| | CHESTER WILLIAMS | ) |
| | | ) |

### AMENDED ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** came before the Court on Defendant's Motion to Amend Garnishment Order, filed on January 11, 2016. [Doc. 45] In his Motion, Defendant represents that he has been unable to secure full-time employment for a number of months and currently works part-time pursuant to a contract that will expire at the end of this month. The United States does not oppose Defendant's Motion. Based on this the Court finds that Defendant's financial circumstances have changed since this Court's October 7, 2011 order garnishing one hundred percent of his monthly distribution from the Branch Banking and Trust Corporation Pension Plan. [Doc. 40]

**IT IS THEREFORE ORDERED** that an Amended Order of Continuing Garnishment is hereby **ENTERED** in the amount of $47,124.48, computed through

January 26, 2016. Garnishee shall pay to the United States twenty-five per cent of Defendant's periodic pension distributions which remain after all deductions required by law have been withheld. Garnishee shall continue said payments until the debt to the United States is paid in full or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, North Carolina 28202. In order to ensure that each payment is credited properly, the following should be included on each check:

Court Number DNCW3:09CR110.

The United States will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: January 26, 2016

David S. Cayer
United States Magistrate Judge