IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                    Plaintiff,      )<br>                          )<br>vs.                           )<br>                          )<br>CHESTER ARTHUR WILLIAMS       )<br>                    Defendant,      )<br>                          )<br>and                         )<br>                          )<br>BB&T CORPORATION PENSION PLAN, )<br>                    Garnishee.    ) | CASE NO. DNCW3:09CR110<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Chester Arthur Williams is DISMISSED.

**SO ORDERED**.

Signed: April 18, 2018

_____
David S. Cayer
United States Magistrate Judge